IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:18mc3837-WKW-GMB |
| ) | [WO] |
| JEFFERSON S. DUNN, in his official ) | |
| capacity as Commissioner of the ) | |
| Alabama Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

This matter is before the court on a petition and amended petition filed by the United States of America, acting through the United States Department of Justice ("DOJ"), to enforce an administrative subpoena served on the defendant, Jefferson S. Dunn, in his official capacity as Commissioner of the Alabama Department of Corrections (the "ADOC"). Docs. 1 & 8. On April 2, 2019, the DOJ issued a report on its investigation of the ADOC's prisons for men. In as much as the petition and amended petition relate to information ostensibly relevant to the same DOJ investigation, it is ORDERED that the DOJ shall show cause no later than **April 18, 2019** as to whether and to what extent the relief sought in the petitions is now moot.

DONE on the 4th day of April, 2019.

/s/ Gray M. Borden
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE