IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| *In the matter of:* | ) | |
| | ) | |
| United States of America, | ) | Misc. No. |
| | ) | 2:18-mc-03837-WKW-GMB |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Jefferson S. Dunn, in his official capacity as | ) | |
| Commissioner of the Alabama Department | ) | |
| of Corrections, | ) | |
| | ) | |
|     Respondent. | ) | |
| _____ | ) | |

UNOPPOSED MOTION FOR A STAY AND
REQUEST FOR A STATUS CONFERENCE

The United States of America hereby moves unopposed for a stay until May 22, 2019 in this proceeding and a status conference on May 17, 2019.

1.      On April 2, 2019, the U.S. Department of Justice ("Department") issued a notice letter to the State of Alabama and the Alabama Department of Corrections ("ADOC"), stating that the Department has reasonable cause to believe that ADOC violates the constitutional rights of male prisoners by failing to protect them from harm, including violence and sexual abuse, and by housing them in unsafe and unsanitary conditions.

2.      On April 4, 2019, this Court ordered that the Department show cause as to whether its Petition to Enforce the Subpoena is now moot.

3.      There are still areas of the Department's investigation which have not been completed.

4.      The Department has contacted ADOC in an effort to obtain certain documents at issue in this proceeding.

5.      The parties are working together in an attempt to resolve any outstanding document requests that the Department needs in order to complete the remaining parts of its investigation.

6.      The parties have had productive discussions.

7.      At this time, however, the parties have not reached a final resolution.

8.      The parties remain optimistic that they will be able to resolve this matter without the Court's intervention.

9.      The parties request that the Court set a status conference on or about May 17, 2019 to inform the Court as to whether a final agreement has been reached or the parties have failed to reach a resolution.

10.     Until that time, the United States hereby moves unopposed for a stay of this matter until May 22, 2019.

DATED this 18th day of April 2019.                Respectfully submitted,

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

LOUIS V. FRANKLIN
United States Attorney
Middle District of Alabama

RICHARD W. MOORE
United States Attorney
Southern District of Alabama

JAY E. TOWN
United States Attorney
Northern District of Alabama

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

JUDITH C. PRESTON
Principal Deputy Chief
Special Litigation Section

JASON R. CHEEK
Deputy Civil Chief
Northern District of Alabama

/s/ Carla C. Ward
CARLA C. WARD
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 36104
(205) 244-2185
(205) 244-2181 (fax)
carla.ward@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I, Carla C. Ward, do hereby certify that on the 18th day of April 2019, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court through the CM/ECF e-filing system, which will then send a notification to the Respondent's attorneys of record.

<u>/s/ Carla C. Ward</u>
Carla C. Ward
Assistant United States Attorney