IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

| | |
|---|---|
| *In the matter of:* ) | |
| ) | |
| United States of America, ) | Misc. No. |
| ) | 2:18-mc-03837-WKW-GMB |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| Jefferson S. Dunn, in his official capacity as ) | |
| Commissioner of the Alabama Department ) | |
| of Corrections, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

<u>MOTION TO WITHDRAW PETITION TO ENFORCE SUBPEONA</u>

The United States of America hereby moves to withdraw its Petition to Enforce the Subpoena, filed on October 10, 2018, ECF No. 1, and amended on October 12, 2019, ECF No. 8.

1.  In October 2016, the U.S. Department of Justice ("Department") opened an investigation into the Alabama Department of Corrections ("ADOC") facilities housing male prisoners, pursuant to § 3A(b)(2) of the Civil Rights of Institutionalized Persons Act ("CRIPA"), 42 U.S.C. § 1997a-1.

2.  On May 8, 2017, after ADOC did not timely and adequately respond to the Department's investigation, the Department issued and served a subpoena on ADOC pursuant to CRIPA, 42 U.S.C. § 1997a-1.

3.  After multiple attempts to obtain the subpoenaed documents failed, on October 10, 2018, the Department filed this action seeking to enforce the subpoena.

4. On April 2, 2019, the Department issued a notice letter informing the State of Alabama and ADOC that the Department has reasonable cause to believe that ADOC violates the constitutional rights of male prisoners by failing to protect them from harm, including violence and sexual abuse, and by housing them in unsafe and unsanitary conditions.

5. However, there are still areas of the Department's investigation which have not been completed, specifically related to use of force and sexual abuse by staff.

6. After its April 2, 2019 notice letter was publicly released, the Department requested that ADOC produce certain documents necessary to complete those remaining open areas of investigation.

7. ADOC has since provided those documents to the Department.

8. Therefore, the Department seeks to withdraw this current action to enforce its subpoena.

DATED this 30th day of May 2019.

Respectfully submitted,

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division

LOUIS V. FRANKLIN
United States Attorney
Middle District of Alabama

RICHARD W. MOORE
United States Attorney
Southern District of Alabama

JAY E. TOWN
United States Attorney
Northern District of Alabama

STEVEN H. ROSENBAUM
Chief
Special Litigation Section

JUDITH C. PRESTON
Principal Deputy Chief
Special Litigation Section

JASON R. CHEEK
Deputy Civil Chief
Northern District of Alabama

/s/ Carla C. Ward
CARLA C. WARD
Assistant United States Attorney
United States Attorney's Office
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, Alabama 36104
(205) 244-2185
(205) 244-2181 (fax)
carla.ward@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Carla C. Ward, do hereby certify that on the 30th day of May 2019, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court through the CM/ECF e-filing system, which will then send a notification to the Respondent's attorneys of record.

/s/ Carla C. Ward
Carla C. Ward
Assistant United States Attorney