IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| *In the matter of*: ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | MISC. NO. 2:18-MC-3837-WKW |
| ) | |
| JEFFERSON S. DUNN, in his ) | |
| official capacity as Commissioner ) | |
| of the Alabama Department of ) | |
| Corrections, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

It is ORDERED as follows:

(1)   The order of referral (Doc. # 3) is VACATED;

(2)   Upon consideration of the United States of America's Motion to Withdraw Petition to Enforce Subpoena (Doc. # 42), the motion is GRANTED;

(3)   The petition, as amended (Docs. # 1, 8), having been withdrawn, the Clerk of the Court is DIRECTED to close this action.

DONE this 19th day of June, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE